UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

EMERALD X, LLC,

                              Plaintiff,

                -against-

EVENTSHERE, LLC,

                      Defendant.

-------------------------------------------------------------X

25 Civ. 10330 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for February 3, 2026.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.

WHEREAS, the parties jointly requested a referral to Magistrate Judge Cave for settlement. It is hereby

**ORDERED** that the February 3, 2026, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, a referral to Magistrate Judge Cave for settlement will be issued separately.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: January 28, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2