# Stevens & Lee

485 Madison Avenue
20th Floor
New York, NY  10022
212-319-8500
www.stevenslee.com

Edward C. Wipper
Shareholder
T: (212) 774-5920
F: (610) 988-0820
edward.wipper@stevenslee.com

May 8, 2026

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application **GRANTED**.  An amended referral order will issue separately.

The Clerk of Court is respectfully directed to close the letter motion at Dkt. No. 27.

Dated:  May 12, 2026
          New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*Re:*    *__Emerald X, LLC v. EventSphere, LLC, No. 25-cv-10330 (LGS)(SC)__*

Dear Judge Schofield:

As counsel for Plaintiff, Emerald X LLC, we write, on consent of both parties, to respectfully request that this case be referred to Magistrate Judge Cave for general pre-trial supervision. On May 6, 2025, the parties participated in a settlement conference before Judge Cave and have agreed on a process to exchange information over the next few weeks to facilitate the settlement process. After discussing with Judge Cave what would be most efficient for the management of the case, the parties have agreed and consented to the referral to Judge Cave for general pretrial supervision. We appreciate the Court's time and attention to this matter.

Respectfully submitted,

**Stevens & Lee**

/s/ *Edward C. Wipper*

Edward C. Wipper

cc: All counsel of record

PENNSYLVANIA    |    NEW JERSEY    |    DELAWARE    |    NEW YORK    |    RHODE ISLAND    |    FLORIDA

A PROFESSIONAL CORPORATION