UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMERALD X, LLC,

Plaintiff,

-v-

EVENTSPHERE, LLC,

Defendant.

CIVIL ACTION NO. 25 Civ. 10330 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has now been referred to the undersigned for settlement and general pretrial management. (Dkt. No. 28 (the "Amended Referral")). There is presently a telephone conference with <u>counsel</u> <u>only</u> to discuss the status of the parties' settlement discussions scheduled for **June 5, 2026 at 11:00 a.m. ET** (the "Conference") on the Court's conference line. (Dkt. No. 26). Given the Amended Referral, (Dkt. No. 28), counsel shall be prepared to discuss at the Conference the status of the parties' settlement discussions along with the status of discovery.

Dated:     New York, New York
           May 12, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge