UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMERALD X, LLC,<br><br>          Plaintiff,<br><br>-v-<br><br>EVENTSPHERE, LLC,<br><br>          Defendant. | CIVIL ACTION NO. 25 Civ. 10330 (LGS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on June 5, 2026 (the "Conference"), the Court

**ORDERS** the following:

1. By **June 19, 2026**, Defendant EventSphere, LLC shall provide to Plaintiff Emerald X, LLC

   the materials discussed at the Conference in connection with the parties' settlement

   negotiations.

2. The deadline of May 4, 2026 to serve requests to admit, (Dkt. No. 14 at 3), is **HELD IN**

   **ABEYANCE**.

3. The deadline of June 3, 2026 to complete depositions and fact discovery, (Dkt. No. 14

   at 2–3), is also **HELD IN ABEYANCE**.

2

4. Another telephone conference to discuss the status of the parties' settlement discussions and discovery is scheduled for **July 9, 2026 at 12:00 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
            June 5, 2026

                            SO ORDERED.

                            _____
                            **SARAH L. CAVE**
                            **United States Magistrate Judge**

2