UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMERALD X, LLC,

Plaintiff,

-v-

EVENTSPHERE, LLC,

Defendant.

CIVIL ACTION NO. 25 Civ. 10330 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on July 9, 2026 (the "Conference") to discuss the status of the parties' settlement discussions and discovery, (see Dkt. No. 31 at 2), another telephone conference to discuss the status of the parties' settlement discussions and discovery is scheduled for **July 27, 2026 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The deadlines of May 4, 2026 to serve requests to admit and June 3, 2026 to complete depositions and fact discovery, (Dkt. No. 14 at 2–3), shall continue to be **HELD IN ABEYANCE**. (See Dkt. No. 31).

Dated: New York, New York
July 9, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge