UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EMERALD X, LLC, Plaintiff, -against- EVENTSPHERE, LLC, Defendant. | : | 25 Civ. 10330 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference in this case is scheduled for August 4, 2026.

WHEREAS, the case was referred to Magistrate Judge Cave for general pre-trial and settlement, and Judge Cave has held the fact discovery deadline in abeyance pending the parties' settlement discussions. It is hereby

**ORDERED** that the conference scheduled for August 4, 2026, is **ADJOURNED sine die** pending the parties' settlement discussions and is subject to rescheduling by Judge Cave for a Tuesday afternoon at 3:30 p.m. before Judge Schofield after the completion of all discovery.

Dated: July 15, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**