UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMERALD X, LLC,

Plaintiff,

-v-

EVENTSPHERE, LLC,

Defendant.

CIVIL ACTION NO. 25 Civ. 10330 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on July 27, 2026 to discuss the status of the parties' settlement discussions and discovery, (see Dkt. No. 32), another telephone conference to discuss the status of the parties' settlement discussions and discovery is scheduled for **August 13, 2026 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The deadlines of May 4, 2026 to serve requests to admit and June 3, 2026 to complete depositions and fact discovery, (Dkt. No. 14 at 2–3), shall continue to be **HELD IN ABEYANCE**. (See Dkt. Nos. 31–32).

Dated: New York, New York
July 27, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**