UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMERALD X, LLC,

Plaintiff,

-v-

EVENTSPHERE, LLC,

Defendant.

CIVIL ACTION NO. 25 Civ. 10330 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on August 13, 2026 to discuss the status of the parties' settlement discussions and discovery, (see Dkt. No. 34), by **September 4, 2026**, the parties shall file a joint revised case management plan.

Dated: New York, New York
August 13, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**