UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMERALD X, LLC,<br><br>Plaintiff/Counter Defendant,<br><br>-v-<br><br>EVENTSPHERE, LLC,<br><br>Defendant/Counter Plaintiff. | CIVIL ACTION NO. 25 Civ. 10330 (LGS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on October 28, 2026 (the "Conference") to discuss the status of discovery and the parties' discovery disputes. (Dkt. Nos. 41; 44). Counsel for Plaintiff and Counter Defendant Emerald X, LLC ("Emerald"), and counsel for Defendant and Counter Plaintiff EventSphere, LLC ("EventSphere") appeared at the Conference. Following the Conference, the Court **ORDERS** the following:

1. By **October 30, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.

2. With respect to EventSphere's request to depose current and former Emerald employees Sarah Veldhuis, Karen Stewart, and Deb Webb (see Dkt. No. 44 at 2–3), the parties shall continue to meet and confer and by **November 6, 2026**, Emerald shall inform EventSphere of its position with respect to those three witnesses. To the extent there are any remaining issues with respect to these three witnesses, or any other deponents, the parties shall include an update in the joint letter due on **November 16, 2026 at 5:00 p.m. ET**. (See ¶ 6, infra).

3. With respect to Emerald's request for additional documents supporting EventSphere's alleged counterclaim damages (Dkt. No. 44 at 3–4), that request is **DENIED** and EventSphere is not required to produce any additional documents at this time. Emerald may inquire into EventSphere's alleged counterclaim damages during depositions.
4. With respect to Emerald's proposed nonparty subpoena (the "Subpoena") to the Cystic Fibrosis Foundation ("CFF") (Dkt. No. 44 at 4–7), for the reasons discussed at the Conference, the Court **DENIES** Emerald's request to serve the Subpoena on CFF. The Court refers the parties to the Transcript for the full discussion of the Court's decision.
5. With respect to documents reflecting the status of unpaid commissions (Dkt. No. 44 at 7–8), to the extent Emerald is requesting additional documents from EventSphere, that request is **DENIED** and EventSphere is not required to search for any additional documents reflecting the status of unpaid commissions at this time.
6. By **November 16, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter limited to 1,050 words setting forth the status of discovery and identifying any issues ripe for the Court's attention.

7. Another telephone conference to discuss the status of discovery is scheduled for **November 19, 2026 at 5:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
October 28, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**

(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL