U0NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMERALD X, LLC,

Plaintiff/Counter Defendant,

-v-

EVENTSPHERE, LLC,

Defendant/Counter Plaintiff.

CIVIL ACTION NO. 25 Civ. 10330 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on November 19, 2026 (the "Conference") to discuss the status of discovery and the parties' discovery disputes. (Dkt. Nos. 45; 51). Counsel for Plaintiff and Counter Defendant Emerald X, LLC ("Emerald"), and counsel for Defendant and Counter Plaintiff EventSphere, LLC ("EventSphere") appeared at the Conference. Following the Conference, the Court **ORDERS** the following:

1. By **November 23, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.

2. EventSphere's request to depose former Emerald employees Karen Stewart and Deb Webb (Dkt. No. 51 at 2) is **GRANTED**. EventSphere may serve deposition subpoenas pursuant to Federal Rule of Civil Procedure 45 on those witnesses, and their depositions may be taken remotely and shall be limited to three hours of on-the-record time.

3. EventSphere is not required to respond to Emerald's Second Set of Interrogatories. (Dkt. No. 51 at 2–3). Emerald may compile a list of no more than 20 transactions

about which it seeks further information from EventSphere. EventSphere's counsel shall confer with his client on the possible evidentiary use of the spreadsheets exchanged during the settlement conferences. The parties shall then meet and confer on these items and provide an update to the Court in their next joint status letter due on **December 18, 2026**. (See ¶ 5, infra).

4. As discussed during the Conference, by **November 25, 2026**, EventSphere shall confirm the date for Todd Lambert's deposition.

5. By **December 18, 2026 at 12:00 p.m. ET**, the parties shall file a joint letter limited to 1,050 words setting forth the status of discovery and identifying any issues ripe for the Court's attention.

6. Another telephone conference to discuss the status of discovery is scheduled for **December 21, 2026 at 5:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
November 19, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL